**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| LAURENCE L. HAIN,  )<br>Derivatively on Behalf of Nominal Defendant  )<br>DIGITAL RIVER, INC.,  )<br>  )<br>        Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>JOEL A. RONNING, CARTER D. HICKS,  )<br>GARY V. HOWORKA, JAY A. KERUTIS,  )<br>ROBERT E. STRAWMAN, PERRY W.  )<br>STEINER, GREGORY R. L. SMITH, KELLY  )<br>J. WICAL, DRAPER M. JAFFRAY, THOMAS )<br>F. MADISON, J. PAUL THORIN, WILLIAM  )<br>J. LANSING, and FREDERIC M. SEEGAL,  )<br>  )<br>        Defendants,  )<br>  )<br>        and  )<br>  )<br>DIGITAL RIVER, INC.  )<br>  )<br>        Nominal Defendant.  )<br>  ) | Civil Action No. 06-CV-4579<br>        (PAM/JSM)<br><br><br><br><br><br><br><br>**ORDER** |

**IT IS HEREBY ORDERED** that:

Plaintiff's motion to voluntarily dismiss this action pursuant to Fed. R. Civ. P. 23.1 and 41(a)(1) is GRANTED, and this action is hereby DISMISSED WITHOUT PREJUDICE.

Dated:  January 12,  2007        s/Paul A. Magnuson
                                               Paul A. Magnuson
                                               JUDGE, UNITED STATES DISTRICT COURT